B3A (Official Form 3A) (12/07) - Cont.
14-37838:5.0:Application for Installment Agreement:Main Document Entered: 10/20/2014 10:16:33 AM by:Amilany Jauregui Page 2 of 2

# UNITED STATES BANKRUPTCY COURT

In Re: _____ JONES, LAZARUS _____  Case No. _14B 37838_
**Debtor**                                        (if known)

Chapter                 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __110 (110)__  Check one  ☐ With the filing of the petition, or
                            ☐ On or before _11-6-14_

$ __100__  on or before _11 - 24 - 14_

$ __100__  on or before _12 - 12 -14_

$ ____  on or before ____

Total 310

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT _Jacqueline P. Cox_

J Cox

Date: _10-23-14_

_United States Bankruptcy Judge_